UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ARAUJO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 10-2004 GW (Ex)<br><br>[~~PROPOSED~~] ORDER RE: STIPULATED PROTECTIVE ORDER<br><br>DISCOVERY MATTER<br><br>[Filed Concurrently with Stipulated Protective Order] |

Based on the Parties Stipulated Protective Order and good cause appearing therefor, the Court enters this Stipulated Protective Order pursuant to Rule 26 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: 6/17/10

_____
United States Magistrate Judge